```
BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:13-CR-000266-AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE; ORDER |
| v. ) | |
| ) | DATE:   June 9, 2014 |
| MIGUEL CERVANTES, ) | TIME:   10:00 a.m. |
| ) | |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, Mark Broughton counsel for Miguel Cervantes, agree that the sentencing currently set for Monday, June 9, 2014 at 10:00 a.m. **may be continued to Monday, June 16, 2014, at 10:00 a.m. before United States District Judge Anthony W. Ishii.** The reason for the continuance is that Kathleen Servatius will be out of town and unavailable on that date.

The parties further agree that time may excluded pursuant to Title 18, United States Code, Sections 3161(h)(1)D) and 3161(7)(B)(iv).

- 1 -    STIPULATION TO CONTINUE STATUS CONFERENCE
                          AND ORDER THEREON

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: June 4, 2014 | /s/Kathleen A. Servatius<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney |
| Dated: June 4, 2014 | /s/Mark Broughton<br>MARK BROUGHTON<br>Attorney for Miguel Cervantes |

**ORDER**

**IT IS SO ORDERED** that the sentencing currently set for Monday, June 9, 2014 at 10:00 a.m. **is CONTINUED to Monday, June 16, 2014, at 10:00 a.m.** Time shall be excluded for the reason set forth both based on the Court's finding that the failure to grant the motion would unreasonably deny the government continuity of counsel and the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   June 5, 2014                                     _____
                                                          SENIOR DISTRICT JUDGE

- 2 -        STIPULATION TO CONTINUE STATUS CONFERENCE
             AND ORDER THEREON